# EXHIBIT A

# In the circuit court of Cookeville, Putnam County, Tennessee

_Pro Se_

Maxwell Kremer, owner.   Docket#: 2021 CV 155

Simcrimecom tm

Plaintiff

Vs.

Reddit.com

Defendant

## Complaint for felony copyright infringement, trademark infringement and damages

Maxwell Kremer, owner of Simcrimecom tm, seeks punitive damages, or monetary compensation, resulting from the defendant Reddit.com's illegal pirating of a registered certificate copyright logo and for use of a registered trademark without permission, on the defendant's business website.

### Parties and Jurisdiction

1. The plaintiff, Maxwell Kremer, owner of Simcrimecom tm and the intellectual properties regarded herein, resides in Overton, Tn. However Simcrimecom is a TN state registered wordmark in business management category. The plaintiff Maxwell Kremer is the only member of Simcrimecom tm as there are no other employees or affiliates. Simcrimecom tm is a one man business. The plaintiff Maxwell Kremer, owner of Simcrimecom's business location is 470 #B Swallowschapel rd. Cookeville, Tn 38506.
2. The defendant Reddit.com, is a company located in San Francisco, California. However, the defendant Reddit.com 's business range is whole, or semi, world wide, as they operate on the internet in California and in Tennessee. The defendant Reddit.com's business location is 548 Market St. #16093, San Francisco, Ca 94104-5401.
3. This court has jurisdiction regarding the State of Tennessee's obligation to uphold registered trademark official legalities, to uphold justice and to right wrongs as judgement for relief that is monetary compensation in civil warrant.

### Facts

4. The plaintiff, Maxwell Kremer, owner of Simcrimecom tm, was awarded certification of the registered copyright artwork, #VAu-332-674 by the United States Copyright Office on September 4, 2018. A copy is attached hereto as exhibit a.
5. The defendant, Reddit.com, began to display the copyright and trademark on it's business website without permission, on July 22, 2019. One of the defendant Reddit.com's agents, or accomplices, photographed the Simcrimecom tm store location, depicting the brand copyright logo and painted signage that reads " Do not photograph this property. No consent." The defendant Reddit.com began using the illegal photograph in ad work on it's business website. The webpage is www.reddit.com/r/southpark/comments/cgkgq9/drugs_are_bad_mmmkay/ The webpage displays dialogue text that reads "Simcrimecom". The pirated copyright logo is seen in the webpage image as a rectangular white sign with black icon. A copy is attached hereto as exhibit b.
6. The plaintiff, Maxwell Kremer, owner of Simcrimecom, had the copyright logo displayed on his own business website where the copyright license of the logo was said for sale at a price of $1,000,000usd per country, where terms include only one licensee per country, as regional exclusive licenses.
7. San Francisco Police Department approved police report #216085890 on July 5, 2021 for felony copyright infringement, described as stolen property, being intellectual property. The federal felony copyright infringement code is 17USC506a. A copy is attached hereto as exhibit c and exhibit d.

## Causes of Action

8. The defendant Reddit.com advertises it's own ability to offer management services, as ads and media advertising, and therefore infringes on Simcrimecom by displaying the wordmark without permission. A copy is attached hereto as exhibit e.
9. By serving felony charges on the defendant Reddit.com for 17USC506a by SFPD, it is proven that the plaintiff Maxwell Kremer, owner of Simcrimecom, was victimized by the defendant Reddit.com, regarding counterfeiting and piracy, as harmful to the plaintiff Maxwell Kremer's business, Simcrimecom tm.
10. T.c.a. reads "written contracts are prima facie evidence", which implies only paper, pen and ink contracts are regarded as truthfully valid. In turn, the defendant Reddit.com has no contract with the plaintiff Maxwell Kremer, owner of Simcrimecom tm, and the defendant Reddit.com never had a contract with the plaintiff Maxwell Kremer, owner of Simcrimecom tm.

## Damages

11. The plaintiff, Maxwell Kremer, owner of Simcrimecom tm, seeks a judgement against the defendant Reddit.com for punitive damages, or for monetary compensation relief, in cause by the defendant Reddit.com's reckless infringements of:
    A. The copyright logo
    B. The Tennessee registered wordmark "Simcrimecom"
12. Furthermore, in scope of hypothetical 100 regional exclusive licenses sold at $1,000,000usd each by Simcrimecom tm, the copyright icon is determined worth a value of $100,000,000usd. The defendant Reddit.com did not purchase a regional exclusive license and is therefore

demanded to pay $100,000,000 in damages. The defendant Reddit.com may no longer be affording a lingering option to buy such copyright licenses, as payment is damages, not transaction. The defendant, Reddit.com is demanded to pay one hundred million dollars to the plaintiff Maxwell Kremer, owner of Simcrimecom tm unless the court judgement will decide a more appropriate amount of monetary relief to be delivered to the Plaintiff, Maxwell Kremer, owner of Simcrimecom tm.

**Injunctive Relief**

13. The plaintiff, Maxwell Kremer, owner of Simcrimecom tm, demands that the defendant, Reddit.com, must stop pirating the copyright logo and the wordmark.

In the State of Tennessee, in the court of Cookeville, Putnam County, the plaintiff believes this civil warrant complaint is truthful and righteous.

*[signature: M Kremer]*

Maxwell Kremer

Plaintiff, Pro Se

Date: 8-8-21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Temple*

Acting United States Register of Copyrights and Director

Exhibit A

**Registration Number**

**VAu 1-332-674**

Effective Date of Registration:
September 04, 2018

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
Title of Work: Maxwell Kremer's image 1

### Completion/Publication
Year of Completion: 2018

### Author
- Author: Maxwell Kremer
- Author Created: Artwork
- Citizen of: United States
- Domiciled in: United States

### Copyright Claimant
Copyright Claimant: Maxwell Kremer
470 swallows chapel rd., Cookeville, TN, 38506, United States

### Rights and Permissions
- Organization Name: SimcrimeCom
- Name: Maxwell Kremer
- Email: realmaxwellkremerhuman@gmail.com
- Telephone: (619)455-6692
- Address: 470 swallows chapel rd
  Cookeville, TN 38506 United States

### Certification
Name: Maxwell Kremer, Author/Owner

Exhibit B



r/southpark

⬆ 10 ⬇　　💬 2　　　　　　　　⬆

**Promoted**
u/rockstargames · 7h

Car culture is taking back the streets in Los Santos Tuners, an action-packed new update for GTA Online. Play now on PlayStat...



rockstargames.com/newsw...　　**PLAY NOW**

**2 Comments** sorted by **Top** ⌄

Post is archived

**smokeout90** 2y

So we drove by and I said drugs are bad ...

Simcrimecom on the back of the vehicle with... read
the rest of the stuff. I've literally been driving by for

❌　　This page looks better in the app　　**Open**



**Tre Hargett**
Secretary of State

Division of Business Services
Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th Fl.
Nashville, TN 37243-1102

## Trademark/Servicemark Certificate of Registration

This will acknowledge the registration of the following Trademark/Servicemark:

**Mark #:** 57652  **Date Printed:** 01/23/2020
**Name of Mark:** Simcrime.com

**Registration Date:** 01/23/2020
**Applicant Name:** Maxwell Kremer
**Business Address:** 470 SWALLOWS CHAPEL RD, COOKEVILLE, TN 38506-8250
**Type of Business:** Individual or Sole Proprietorship
**State of Incorporation/Organization:** TENNESSEE

**Original Registration Date:** 01/23/2020  **Expiration Date:** 01/23/2025
**First Use of Mark Anywhere:** 08/12/2014  **Term:** 5 years
**First Use of Mark In Tennessee:** 08/12/2014  **Class #:** 35
**For:** business management

# simcrime.com



Tre Hargett
Secretary of State

Exhibit D



# Your Online Police Report 216085890 Has Been Approved

Inbox

**CaSfPd@coplogic.com** Jul 5
to me

From   CaSfPd@coplogic.com
Reply-to   sfpdonlinereports@sfgov.org
To   Realmaxwellkremerhuman@gmail.com
Date   Jul 5, 2021, 1:43 PM

Standard encryption (TLS).
View security details

THIS IS AN AUTOMATED RESPONSE -DO NOT REPLY TO THIS EMAIL

Your online report has been approved and the incident case number is 216085890. Sensitive information has been replaced with *** in order to maintain your privacy in emails.

If you discover additional items missing, you can report this information by making an online Supplemental Report and entering your Original report number when requested.

This report has been assigned to the District Station Investigation Team in the police district where your incident occurred. District Stations are listed here:

http://sf-police.org/index.aspx?page=796.

Exhibit C



SAN FRANCISCO POLICE DEPARTMENT INCIDENT REPORT

INCIDENT NUMBER: 216085890

### HEADING

| TYPE OF INCIDENT | INITIAL | X | TIME STARTED | TIME ENDED | LOCATION OF OCCURRENCE | | | |
|---|---|---|---|---|---|---|---|---|
| PC487.06374 | SUPP | | 04/16/2021 00:07 | 04/17/2021 12:07 | 1455 Market Street, SAN FRANCISCO CA | | | |
| TIME REPORTED | REPORTING UNIT | | TYPE OF PREMISE | | CAD NO. | RELATED CASE NUMBER | | LOCATION SENT TO |
| 04/17/2021 20:27 | SFPD Internet | | Commercial Office | | | | | DTENDERLOIN300 |

### OFFICER DECLARATION

| PREPARED BY | REVIEWED BY | OIC APPROVAL |
|---|---|---|
| | Sergeant Ryan Doherty A11587 | |

### PERSON LISTINGS

| CODE | NAME (LAST, FIRST) | | DOB | RACE | | SEX | DRIVERS LICENSE NO | LICENSING STATE |
|---|---|---|---|---|---|---|---|---|
| V | Simcrimecom Tm | | | | | | | |
| EMAIL | | RESIDENCE ADDRESS | | | | | PHONE | |
| | | | | | | | | |
| EMPLOYER NAME | | BUSINESS ADDRESS | | | | | PHONE | |
| | | | | | | | | |

| CODE | NAME (LAST, FIRST) | | DOB | RACE | | SEX | DRIVERS LICENSE NO | LICENSING STATE |
|---|---|---|---|---|---|---|---|---|
| R | Werner Maxwell | | | | | | | |
| EMAIL | | RESIDENCE ADDRESS | | | | | PHONE | |
| maximuswellremerhuman@gmail.com | | | | | | | | |
| EMPLOYER NAME | | BUSINESS ADDRESS | | | | | PHONE | |
| Simcrimecom Tm | | | | | | | | |

### PROPERTY LISTINGS

| CODE | ITEM | | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|---|
| S | Other Items | | 7 | Intellectual property | | 5000000.00 |
| SERIAL NO. | | COLOR | | | | |
| DESCRIPTION | | | | | | |
| Reddit does criminal copyright infringement and tm infringement. Value est. | | | | | | |

### NARRATIVE

https://www.justice.gov/archives/jm/criminal-resource-manual-1847-criminal-copyright-infringement-17-usc-506a-and-18-usc-2319

The principal criminal statute protecting copyrighted works is 17 U.S.C. § 506(a).

Someone, unknown to me, who is not my accomplice, put my registered copyright logo and state trademark in business management category "Simcrimecom" on Reddit.com's business website. I did not give Reddit permission to infringe my works. Reddit, owned by NYC Condenast, only defense might be stating that its own website is not for commerce, which is suspected to be a ruse, proven false by reviewing Reddit's tax return information. My business is Simcrimecom tm in Overton, TN. I tried to estimate some values in your webform due to a lack of flexibility. I filed out Reddit's copyright infringe alert which gave them a chance to settle out of court, which they failed to do.



MENU

Exhibit E


**More Informed Consumer**
*4x more research sessions*


**More Valuable Buyer**
*9x faster purchase decisions*

**Stronger Brand Advocate**
*Higher NPS than all other social platforms*

# Get started with Reddit Ads

Explore our products and learn best practices for advertising on Reddit.

**Learn more**



I'm Elizabeth Banks and I'm doing an AMA at 130+ MPH. It'll be fine. Totally fine. I'm not worried... Ask me anything