# EXHIBIT C



<p>9/15/21, 6:47 PM    FireShot Capture 054 - Putnam County - Civil Case Detail - putnam.tncrtinfo.com</p>



chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html

Case 2:21-cv-00038   Document 1-4   Filed 09/16/21   Page 3 of 4 PageID #: 23

1/1

<a>9/15/21, 6:50 PM</a>
FireShot Capture 055 - Putnam County - Civil Case Detail - putnam.tncrtinfo.com



Case 2:21-cv-00038    Document 1-4    Filed 09/16/21    Page 4 of 4 PageID #: 24

<a>chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html    1/1</a>