# EXHIBIT 1


▲ 8 ▼ | Drugs are bad... mmmkay?    ✕ Close

Posted by u/DSimpX12 2 years ago

**Mon, Jul 22, 2019, 04:01:44 PM Pacific Daylight Time**

8

# Drugs are bad... mmmkay?



💬 2 Comments  ↗ Share  🔖 Save  ⊘ Hide  ⚑ Report    85% Upvoted

r/southpark

Welcome to southpark

1.3m Members   1.1k Online

Created Nov 18, 2008

**Join**

TOP POSTS JULY 22ND 2019

TOP POSTS OF JULY, 2019

TOP POSTS 2019

Help     About
Reddit Coins   Careers
Reddit Premium  Press
Reddit Gifts   Advertise
         Blog
         Terms
         Content Policy
         Privacy Policy
         Mod Policy

Reddit Inc © 2021 . All rights reserved

---

△ u/Microsoft_Azure · Promoted

Meet any challenge with Azure—your partner in the cloud.

azure.microsoft.com    **Sign Up**

---

📁 **This thread is archived**
New comments cannot be posted and votes cannot be cast

Sort By: Top (Suggested) ▼

smokeout90 · 2y

So we drove by and I said drugs are bad ...

Simcrimecom on the back of the vehicle with... read the rest of the stuff.. I've literally been driving by for months now and I finally had my brother take some pics..

Haha

▲ 1 ▼   Share  Report  Save